**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

UNITED STATES OF AMERICA                                                                                PLAINTIFF

v.                                            No. 4:09CR00052-02 JLH

EVERETTE COONEY                                                                                         DEFENDANT

**ORDER**

Pending before the Court is the defendant's motion for continuance of the supervised release revocation hearing currently set for Tuesday, April 12, 2016. Without objection, the motion is GRANTED. Document #73.

The hearing on the pending motion to revoke supervised release is hereby rescheduled for **THURSDAY, AUGUST 18, 2016, at 2:00 P.M.,** in Courtroom #4-D, Richard Sheppard Arnold United States Courthouse, 500 West Capitol Avenue, Little Rock, Arkansas.

IT IS SO ORDERED this 8th day of April, 2016.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE