AO 245D (Rev. 11/16) Judgment in a Criminal Case for Revocations
Sheet 1



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 30 2017

JAMES W. McCORMACK, CLERK
By: _____
           DEP CLERK

# UNITED STATES DISTRICT COURT
### Eastern District of Arkansas

| UNITED STATES OF AMERICA | Judgment in a Criminal Case |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| EVERETTE COONEY | |

Case No. 4:09CR00052-02 JLH

USM No. 25440-009

Molly Sullivan
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s) ___General/Standard/Special___ of the term of supervision.

☐ was found in violation of condition(s) count(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Violation of federal, state, or local law | 11/11/2016 |
| 2 | Possession of a controlled substance | 11/11/2016 |
| 4 | Failure to comply with requirements of Sex Offender Registration and Notification Act | 08/03/2017 |

The defendant is sentenced as provided in pages 2 through ___3___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 8537

Defendant's Year of Birth: 1972

City and State of Defendant's Residence:
Little Rock, Arkansas

08/30/2017
Date of Imposition of Judgment

_____
Signature of Judge

J. Leon Holmes,  U.S. District Judge
Name and Title of Judge

08/30/2017
Date

AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1A

Judgment—Page 2 of 3

DEFENDANT: EVERETTE COONEY
CASE NUMBER: 4:09CR00052-02 JLH

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Concluded |
|---|---|---|
| 5 | Failure to notify probation officer 10 days prior to change in residence | 08/03/2017 |
| 6 | Failure to comply with statutes regarding sex offender residence restrictions | 08/03/2017 |
| 8 | Failure to submit written monthly reports as directed by probation officer | 07/31/2017 |
| 9 | Failure to attend sex offender treatment as directed | 08/02/2017 |

AO 245D (Rev. 11/16)  Judgment in a Criminal Case for Revocations
Sheet 1A

DEFENDANT: EVERETTE COONEY
CASE NUMBER: 4:09CR00052-02 JLH

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a total term of:

60 MONTHS imprisonment with no term of supervised release to follow

☑ The court makes the following recommendations to the Bureau of Prisons:

The Court recommends the defendant participate in residential substance abuse treatment during incarceration. The Court recommends placement in the FCI Forrest City, Arkansas, facility so as to remain near his family.

☑ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

    ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

    ☐ before 2 p.m. on _____ .

    ☐ as notified by the United States Marshal.

    ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL